UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TCYK, LLC, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | Judge Joan B. Gottschall |
| | ) | |
| JOHN DOE subscriber assigned IP address 24.1.175.197, | ) ) | Case No. 13 C 6657 |
|     Defendant. | ) | |

## **ORDER**

Plaintiff's motion to take discovery before Rule 26 conference [8] is granted in part. No appearance is required on 10/02/2013.

Plaintiff is given leave to serve a Rule 45 subpoena on the defendant's ISP. Plaintiff is entitled only to the name and address of the defendant and the Media Access control number, not the defendant's email address or telephone number.

Furthermore, the defendant will be allowed to proceed by pseudonym in this case. Plaintiff may not name the defendant publicly. It may not name the defendant in an amended complaint or any other filing with the court. The defendant shall instead be identified by Doe # or IP address. Any communication by Plaintiff to the defendant suggesting that the defendant can or will be named in this action shall constitute a violation of this court's order and grounds for dismissal of the action pursuant to Rule 41(b).

ENTER:

    /s/
JOAN B. GOTTSCHALL
United States District Judge

DATED: October 1, 2013

/em